10-0622vgom

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 11- MISD - 8131 |
| v. | : | 29 U.S.C. § 503 (a) & (c) |
| JOSE RIVERA | : | |

## INFORMATION

The United States Attorney for the District of New Jersey charges that:

1. At all times relevant to this Information:

    (a) Local 710 United Transportation Workers Union (hereinafter the "Local 710") was a "labor organization" within the meaning of the provisions of Title 29, United States Code, Sections 152(5), 402(I) and 402(j). Local 710 represented and admitted to its union membership the bus drivers employed by Coach USA, Orange Newark and Elizabeth (O.N.E.) Bus Company, New Jersey.

    (b) Defendant JOSE RIVERA was the Secretary-Treasurer of Local 710 from in or about June 2006 to December 2008. As such, he was an officer of a labor union, pursuant to Title 29, United States Code, Section 402(q). As an officer of Local 710, defendant JOSE RIVERA was also a fiduciary of the union and had the obligation (1) to hold the money of Local 710 solely for the benefit of its members; and, (2) to avoid acting in his own personal self interest in a manner which conflicts with the interests of Local 710.

2. From approximately June 2006 through in or about December 2008, defendant JOSE RIVERA removed from Local 710 approximately $15,000 in an undocumented loan, without disclosing such loan to the union's Executive Board or its members, in order to pay for personal expenses for himself and others.

3. From approximately June 2006 through in or about December 2008, in Essex County, in the District of New Jersey and elsewhere, the defendant,

JOSE RIVERA,

did knowingly and willfully cause a labor organization, namely, Local 710, to directly and indirectly make a loan to him as Secretary Treasurer of said organization, which resulted in a total indebtedness on his part to Local 710 in excess of $2,000.

In violation of Title 29, United States Code, Sections 503(a) and (c).

_____
Paul J. Fishman
United States Attorney