PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jose Rivera                                   Cr.: 2:11-MJ-8131
                                                                PACTS #: 61703

Name of Sentencing Judicial Officer: Honorable Madeline Cox-Arleo, United States Magistrate Judge

Date of Original Sentence: 02/09/12

Original Offense: Prohibited Loans to Officers or Employees

Original Sentence: 3 years probation. $25 special assessment and $3,473.54 in restitution. Special conditions: 1) no new debt or additional lines of credit, and, 2) refrain from holding, seeking, or obtaining employment or elected position within a union or labor organization while on probation.

Type of Supervision: Probation                           Date Supervision Commenced: 02/09/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has failed to make payments towards the restitution obligation since the term of probation commenced. There is an outstanding restitution balance of $3,473.54. |

U.S. Probation Officer Action:

The U.S. Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand from the Court. The offender will be subject to a full financial investigation and will be instructed to commence making payments immediately based upon his ability to pay. The probation office will continue to closely monitor his progress and will report any further noncompliance.

Respectfully submitted,

By: Adriana Garcia O'Hara
U.S. Probation Officer
Date: 12/03/12

Maureen Kelly *(Digitally signed by Maureen Kelly)*

*[Handwritten signature]*
USMJ
Dec 6-12